78 December 24, 2025 No. 1118

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of S. S. S.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

S. S. S.,
*Appellant.*

Lincoln County Circuit Court
25CC01246; A187009

Joseph C. Allison, Judge pro tempore.

Submitted November 14, 2025.

Liza Langford filed the brief for appellant.

Dan Rayfield, Attorney General, Benjamin Gutman, Interim Deputy Attorney General, and Kirsten M. Naito, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Reversed.

**EGAN, J.**

Appellant seeks reversal of a judgment committing her to the Oregon Health Authority for a period of 180 days, as well as an order prohibiting the purchase or possession of firearms. The trial court entered that judgment and order after finding that appellant suffered from a mental disorder that caused her to be a danger to herself or others, *see* ORS 426.005(1)(f)(A). The state concedes the error and we reverse.[1]

Appellant argues that the state's evidence was insufficient to support the trial court's determination that she was dangerous to herself or others. *See State v. S. R. J.*, 281 Or App 741, 749, 386 P3d 99 (2016) ("the threatened harm to self must involve serious and actual physical harm in the near term" (internal quotation marks omitted)). The state concedes the error. Having reviewed the record, we agree with and accept the state's concession.

Reversed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.